**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CHAMBER OF COMMERCE OF THE**
**UNITED STATES OF AMERICA,**

                **Movant,**

        **v.**

**UNITED STATES HISPANIC**
**CHAMBER OF COMMERCE**
**FOUNDATION,**

             **Non-Movant.**

**Miscellaneous Action 08-00076 (HHK) (JMF)**

**CHAMBER OF COMMERCE OF THE**
**UNITED STATES OF AMERICA,**

                **Movant,**

        **v.**

**UNITED STATES HISPANIC**
**CHAMBER OF COMMERCE**
**FOUNDATION,**

             **Non-Movant.**

**Miscellaneous Action 08-00077 (HHK) (JMF)**

**CHAMBER OF COMMERCE OF THE**
**UNITED STATES OF AMERICA,**

                **Movant,**

        **v.**

**UNITED STATES HISPANIC**
**CHAMBER OF COMMERCE**
**FOUNDATION,**

             **Non-Movant.**

**Miscellaneous Action 08-00078 (HHK) (JMF)**

**CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA,**

**Movant,**

**v.**                                        **Miscellaneous Action 08-00079 (HHK) (JMF)**

**UNITED STATES HISPANIC
CHAMBER OF COMMERCE
FOUNDATION,**

**Non-Movant.**

## ORDER OF REFERENCE TO UNITED STATES
## MAGISTRATE JUDGE JOHN M. FACCIOLA

It is this 17th day of March 2008, hereby

**ORDERED** that movant's motion entitled MOTION TO QUASH TRIAL TESTIMONY

SUBPOENA DUCES TECUM, docketed February 14, 2008 in each of the above captioned cases, is

referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR

72.2 (a).  Henceforth, and until this referral is terminated, ALL filings in these cases shall include the

initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned

judge.  See LCvR 5.1(f).

Henry H. Kennedy, Jr.
United States District Judge